# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Terrance Bethea ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  2:22-cv-02779-BHH |
| Universal Protection Service, LLC, ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

The plaintiff (name) recover from the defendant (name) the amount of (blank) dollars ($__), which includes prejudgment interest at the rate of (blank) %, plus postjudgment interest at the rate of (blank)%, along with costs.

❒  The plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) recover costs from the plaintiff (name).

Other:   The Court hereby adopts and incorporates the MagistrateJudge's Report (ECF No. 17 ); the Court overrules Plaintiff's objections (ECF No. 18 ); and the Court grants Defendant's motion (ECF No. 9 ), thereby compelling the parties to arbitrate and dismissing this action in full without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:   July 13, 2023                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/D. Gray
                                                                   _____
                                                                    *Signature of Clerk or Deputy Clerk*

2:22-cv-02779-BHH     Date Filed 07/17/23     Entry Number 23     Page 2 of 2